# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2008

136132

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                    SC: 136132
                                    COA: 279709

EDWARD BRIAN NORDSTROM,
      Defendant-Appellant.

Oakland CC: 2006-208604-FH

_____/

On order of the Court, the application for leave to appeal the February 19, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008

_____

Clerk

p0616